Nina Rabin, AZ Bar #025246
Workers' Rights Clinic
James E. Rogers College of Law, Univ. of Arizona
1145 N. Mountain Ave.
Tucson, AZ 85719
Telephone: (520) 621-9206
Fax: (520) 626-5233
rabin@email.arizona.edu

Attorney for Plaintiff Maria del Carmen Muñoz

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| MARIA DEL CARMEN MUÑOZ, | |
| | Case No. 4:14-cv-02223-RM |
| Plaintiff, | |
| v. | **AMENDED NOTICE** |
| | **OF DISMISSAL** |
| SWAMI CORPORATION, HASMUKH PATEL, | |
| AND LILABEN PATEL. | |
| Defendants. | |

Plaintiff Maria del Carmen Muñoz hereby dismisses the above captioned case with

prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Tucson, AZ
December 9, 2014

                                                      Respectfully submitted,

                                          BY: _____/s/_____
                                                   Nina Rabin
                                                   Attorney for Plaintiff